UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ERIC LAMONT WILLOUGHBY,            )
                                   )
        Plaintiff,                 )    2:10-cv-01089-KJD-LRL
                                   )
vs.                                )
                                   )    **ORDER**
PEGGY LEEN,                        )
                                   )
        Defendant.                 )
_____/

On July 1, 2010, plaintiff submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 (docket # 1). On September 21, 2010, the court issued an order dismissing plaintiff's complaint with leave to file an amended complaint within thirty (30) days of entry of the order (docket #3), which was served on plaintiff at his address of record. On September 29, 2010, that order was returned by the U.S. Postal Service as undeliverable. Pursuant to Rule 2-2 of the Local Rules of Special Proceedings and Appeals, a *pro se* litigant is required to keep the court apprised of his or her current address at all times. Local Rule 2-2 states: "The plaintiff shall immediately file with the court written notification of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with this rule may result in dismissal of the action with prejudice." Accordingly, as plaintiff has failed to file written notification of change of address with the court, this

1  action is dismissed.

2  **IT IS THEREFORE ORDERED** that this action is **DISMISSED**.

3  **IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close
4  this case.

5  DATED: October 12, 2010

7  _____
UNITED STATES DISTRICT JUDGE